# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142081-4

SAL-MAR INDUSTRIAL CORPORATION,
     Petitioner-Appellant,

v

                                           SC: 142081
COA: 291843
TOWNSHIP OF MACOMB,                   MTT: 00-334739
     Respondent-Appellee.
_____/

SAL-MAR INDUSTRIAL CORPORATION,
     Petitioner-Appellant,

v

                                           SC: 142082
COA: 291844
TOWNSHIP OF MACOMB,                   MTT: 00-334738
     Respondent-Appellee.
_____/

SAL-MAR INDUSTRIAL CORPORATION,
     Petitioner-Appellant,

v

                                           SC: 142083
COA: 294151
TOWNSHIP OF MACOMB,                   MTT: 00-334742
     Respondent-Appellee.
_____/

SAL-MAR INDUSTRIAL CORPORATION,
     Petitioner-Appellant,

v

                                           SC: 142084
COA: 294339
TOWNSHIP OF MACOMB,                     MTT: 00-334743
     Respondent-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 5, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

0228